UNITED STATES BANKRUPTCY COURT FOR THE
EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | | |
|---|---|---|
| In re: | : | |
| | : | Chapter 11 |
| TRAVELLER'S REST, L.L.C., | : | |
| | : | Case No. 17-12061-BFK |
| Debtor | : | |
| | : | |

## ORDER AUTHORIZING EMPLOYMENT AND COMPENSATION OF COUNSEL NUNC PRO TUNC

THIS MATTER comes on upon the Application of Traveller's Rest, L.L.C. ("Debtor") to employ Henry & O'Donnell, P.C. as counsel under a general retainer at the firm's regular hourly rates, nunc pro tunc to the Petition Date; and

IT APPEARING that said Application is well founded and in compliance with the applicable Federal Rules of Bankruptcy Procedure and that the employment of said counsel is necessary and in the best interests of the estate; it is hereby

ORDERED that the Debtor is authorized to retain and employ Henry & O'Donnell, P.C., nunc pro tunc to the Petition Date, as legal counsel at its regular hourly rates per hour of attorney time plus expenses incurred; and it is further

ORDERED that compensation shall be paid to said counsel in such amounts to be fixed by further Court Order upon application of counsel to the Court as required by the Federal Rules of Bankruptcy Procedure and by the Local Rules of this Court.

Date: Oct 3 2017

/s/ Brian F. Kenney

Brian F. Kenney
United States Bankruptcy Judge

Entered on Docket: October 4, 2017

I ASK FOR THIS:

/s/ Jeffery T. Martin, Jr.
Jeffery T. Martin, Jr., VSB #71860
Henry & O'Donnell, P.C.
300 N. Washington St., Suite 204
Alexandria, Virginia 22314
Telephone:  703-548-2100
Facsimile:  703-548-2105
Counsel for the Debtor


SEEN AND AGREED:

/s/ Jack Frankel
Office of the U.S. Trustee
115 South Union Street, Suite 210
Alexandria, Virginia 22314