**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF VIRGINIA**
**(Alexandria Division)**

| | | |
|---|---|---|
| In re: | ) | |
| TRAVELLER'S REST, L.L.C. | ) | Case No. 17-12061-BFK |
| | ) | Chapter 11 |
| Debtor. | ) | |

**FINAL DECREE**

THIS MATTER having come before this Court on the Final Report and Motion for Final Decree as filed by the Debtor herein,

AND IT APPEARING that the Debtor filed a voluntary petition under Chapter 11 of the Bankruptcy Code in the United States Bankruptcy Court for the Eastern District of Virginia on or about June 15, 2017,

AND IT FURTHER APPEARING that a Plan of Reorganization, as amended, was proposed to the creditors and was confirmed by order of this Court on December 21, 2017,

AND IT FURTHER APPEARING that the Debtor has reported to this Court that the Plan of Reorganization has been substantially consummated,

AND IT FURTHER APPEARING that Rule 3022 of the Fed. Rules of Bankr. Proc. provides for the entry of a Final Decree, and that the entry of such Decree is proper at this time, it is hereby

ORDERED that the Final Report of the Debtor is approved, the Motion for Final Decree is granted and this case is closed.

Date: Nov 21 2018

/s/ Brian F. Kenney

**Hon. Brian F. Kenney**
**United States Bankruptcy Judge**

Entered on Docket: November 23, 2018

I Ask for This:

/s/   Jeffery T. Martin, Jr.
Bruce W. Henry, VSB # 23951
Kevin M. O'Donnell, VSB #30086
Jeffery T. Martin, Jr., VSB #71860
Henry & O'Donnell, P.C.
300 N. Washington St., Suite 204
Alexandria, Virginia 22314
(703) 548-2100
Counsel for the Debtor


Seen and No Objection:


 /s/ Jack Frankel
**Jack Frankel**
**Office of the U.S. Trustee**
115 S. Union Street
Suite 210
Alexandria, VA 22314